**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

DC Initials CTDC (New Haven)
DC Judge Stefan R. Underhill
DC 02-CV-253

Docket # 03-2442-pr

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 5th day of April two thousand four.

Hines-Roberts v. Ashcroft

FILED APR 5 2004

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, inter alia,

either pay the docketing fee or move for leave to proceed in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,
it is ordered that the appeal from the order of 6/12/03 United States
District Court for the District of Connecticut at New Haven be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

By: Gislaine Phillip
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
Gislaine Phillip

Certified:   APR 5 2004